**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

May 1, 2018

To:   Counsel and pro se parties in Berg v. Equifax Information Services, LLC, 3:18–cv–05339–JRC
From: Kelly Miller, Deputy Clerk

Re:   Assignment to United States Magistrate Judge; **Action required.**

This case has been assigned to United States Magistrate Judge J. Richard Creatura for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* 28 USC 636(c), Federal Rule of Civil Procedure 73, and Local Magistrate Judge Rule 13.

Consent to a Magistrate Judge is voluntary. Any party may decline consent by signing at the bottom and emailing this form to kelly_miller@wawd.uscourts.gov, or faxing it to 253–882–3829, or mailing to the above address. The form must be received by the court no later than **July 2, 2018.**   **Do not electronically file this form.**.

**Each party will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge, if this form is not returned by the above date**.

If a party declines consent, the identity of the party declining consent will not be communicated to any judge, and the Clerk will immediately reassign the case to a District Judge by random selection.


☐  I decline consent and request the case be assigned to a District Judge


_____    _____    _____
Attorney/Party's Signature           Party Represented                  Date Signed