**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| DEBBIE ANN BERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC<br><br>Defendant. | Case No. 3:18-cv-05339-BHS<br><br>NOTICE OF CHANGE OF ADDRESS |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that effective immediately our new address is 1600 Market Street, Suite 2510, Philadelphia, PA 19103. Our telephone number, fax number and emails have stayed the same.

Date: September 17, 2018          FRANCIS & MAILMAN, P.C.

/s/ James A. Francis
James A. Francis (*pro hac vice*)
Land Title Building, Suite 1902
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
Email: jfrancis@consumerlawfirm.com